UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK - ISLIP
X----------------------------------------------------------X
AMANDA SUE REYNOLDS, individually, and
AMANDA SUE REYNOLDS,
on behalf of FINNEGAN MARY REYNOLDS,

                      Plaintiffs,

    v.

UNITED STATES OF AMERICA
(INTERNAL REVENUE SERVICE)

                   Defendants.

X----------------------------------------------------------X

**SUMMONS**

Index No.: 2:25-cv-3447

Date Purchased:
June 19, 2025

To the above-named Defendant:

           United States of America Internal Revenue Service
           Appeals & Chief Counsel
           1600 Stewart Avenue
           Westbury, New York 11590

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.   The basis of venue is the Plaintiff's county of residence:  Nassau County, New York.

Dated: June 19, 2025               Respectfully submitted,
Woodbury, New York

                           By: *Amanda S. Reynolds*
                             Amanda S. Reynolds, Esq.
                             Plaintiff, *Pro Se*

1