UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x

AMANDA REYNOLDS, individually, and : No. 2:25-cv-03447-NJC-JMM
AMANDA REYNOLDS :
on behalf of FINNEGAN MARY REYNOLDS, : District Judge Nusrat J. Choudhury
:
: Magistrate Judge James M. Wicks
*Plaintiff,* :
:
*v.* :
:
UNITED STATES OF AMERICA :
(INTERNAL REVENUE SERVICE), :
:
*Defendants.* :
———————————————————————x

**JOINT NOTICE OF RENEWAL OF CONSENT MOTION TO STAY DISCOVERY (ECF NO. 15)**

Pursuant to the Court's text order of November 20, 2025, defendant United States of America (Internal Revenue Service) and the plaintiffs Amanda Reynolds, individually and on behalf of Finnegan Mary Reynolds (collectively the "Parties"), jointly request to renew the Consent Motion to Stay Discovery (ECF No. 15), originally filed on September 30, 2025.

Respectfully Submitted,

UNITED STATES OF AMERICA,
Defendant, by:

| | |
|---|---|
| */s/ Amanda Reynolds (with consent)* | */s/ Daniel M. Caves* |
| AMANDA REYNOLDS | DANIEL M. CAVES |
| 3 Harvard Drive | Trial Attorney, Tax Division |
| Woodbury, NY 11797 | U.S. Department of Justice |
| Tel: 516-426-8783 | P.O. Box 55 |
| amandasreynolds@gmail.com | Washington, D.C. 20044 |
| *Pro se Plaintiff* | 202-514-6058 (v) \| 202-514-5238 (f) |
| | Daniel.M.Caves@usdoj.gov |

Of counsel:

JOSEPH NOCELLA, JR.
United States Attorney